**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re : | ) | Chapter 11 |
| | ) | |
| Randolph/Ada, LLC. | ) | Case No. 12-40194 |
| | ) | |
| Debtor | ) | Judge Hollis |

**LIST OF CREDITORS**

Hensen Windows, Inc.
c/o Elliot S. Wiczer/Tressa A. Pankovits
Wiczer & Zelmar, LLC
500 Skokie Blvd.
Northbrook, Il 60062

AAA Financial Services
PO Box 15026
Wilmington, Delaware 19850-5026

Adap, Inc.
c/o Alla Dovbak
731 E. Chester Rd.
Wheeling, Il 60090

Advanced Finishes, Inc.
c/o Kenneth J. Nemec, Jr.
835 McClintock Dr.
2nd Floor
Burr Ridge, Il 60527

Advanced Finishes, Inc.
c/o Brian Doherty/WIlliam H. Hrabak
Goldstine, Skrodzki, Russian, Nemec & Ho
Burr Ridge, Il 60527

Aleph Point, LLC
c/o Corporate Consulting, LTD.
619 New York Ave.
Claymont, Delaware 19703

Aleph Point, LLC
c/o John D. Malarkey
Swanson, Martin & Bell, LLP
330 N. Wabash
Chicago, Il 60611

Amcore Bank
c/o Fred R. Harbecke
29 S. LaSalle
Suite 945
Chicago, Il 60603

ATMI DY Nacore, LLC
c/o James K. Armbuster
551 S. Independence Blvd.
Lockport, Il 60441

ATMI Dynacore
c/o Scott Krider
Querrey & Harrow
175 W. Jackson
Chicago, Il 60604

B. Bruce Incorporated
c/o John G. PostweIler
10600 West 143rd Street
Orland Park, Il 60462

B. Bruce, Inc.
c/o Jay A. Andrew
Riebandt & DeWad, PC
1237 South Arlingt
Arlington Heights, Il 60006-1880

Catalyst Construction
c/o Mark Edison/Robert T. Metz
Law Offices of Mark Edison, PC
1415 W.
Oakbrook, Il 60523

Catalyst Construction Group, Inc.
c/o Chad McRoberts
2514 West Armitage
Suite 208
Chicago, Il 60647

Chicago Town Construction
c/o Thomas David Resnick
345 N. Quentin Road
Palatine, Il 60067

Chicago Town Construction, Inc.
c/o Steven M. Harris
300 N. LaSalle Street
Suite 2100
Chicago, Il 60654

Contractors Acoustical Supply
4234 W. 166th Place
Oak Forest, Il 60452

Cottage Sheet Metal, LLC
c/o Thomas F. Courtney
6640 W. 99th Street
Chicago Ridge, Il 60415

Engler Meler & Justus, d/b/a Contractors
c/o Patrick J. WIlliams
Ekl WIlliams, PLLC
901 WarrenvIlle Road
Lisle, Il 60532


FNA ELM, LLC
c/o Stephen N. Sher
100 N. LaSalle Street
Suite 2400
Chicago, Il 60602

Goode Industries d/b/a M. Cooper Supply
c/o Steven Mroczkowski
Sosin & Arnold & Liebforth, Ltd.
9501 W

Orland Park, Il 60462

Goode Industries, Inc.
c/o George J. Arnold
9501 W. 144th Place
Suite 205
Orland Park, Il 60462

Great Masonry, Inc.
c/o Krzysztof Mendys
3101 N. Lowell Ave.
Chicago, Il 60641

Great Masonry, Inc.
c/o Neal M. Goldberg
Law Offices of Neal M. Goldberg
39 S. L
Chicago, Il 60603

Hensen Window Systems, Inc.
c/o Krystyna Stopka
50 N. Bokelman
Apt. 436
Roselle, Il 60172

IUS, Inc.
c/o Vyacheslav Yakonskyy
1927 N. 77th Ave.
Elmwood Park, Il 60707

Kazimierz Bal
Ace Electric
910 S. Cumberland
Park Ridge, Il 60068

Kazimierz Bal d/b/a Ace Electric
c/o Peter G. Swan
Emalfarb, Swan & Bain
440 Central Avenu
Highland Park, Il 60035

Millennium Care Group, Inc.
c/o Illinois Corporation Services
801 Adlai Stevenson Drive
Springfield , Il 62703

NK Concrete, Inc.
c/o Vyacheslav Yakonskyy
1927 N. 77th Ave.
Elmwood Park, Il 60707

NK Concrete, Inc. and IUS Inc.
c/o Bradley Daniel Birge, P.C.
217 N. Jefferson
5th Floor.
Chicago, Il 60661

North American Asset Management Group an
c/o Masoud Mirsafian
Mirsafian & HIll, LLP
22 W. Washington
Chicago, Il 60602

Northfield Block Company
c/o CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, Il 60604

Northfield Block Company
c/o Colleen Loftus
Loftus & Loftus
646 Busse Road
Park Ridge, Il 60068

Ramm Brick & Supply
c/o Stephen Burriesci
Law Office of Stephen Burriesci
200 West
Chicago, Il 60606

Ramm Brick and Supply, LLC
c/o Stephen Burriesci
225 Industrial Drive
Apt. 9
Hampshire, Il 60140

Randolph/ADA, LLC and Igor Gabal
c/o Bardia Fard
Acumen Law Group, LLC
2238 W. Belmont
Chicago, Il 60618


Southfield Corporation
c/o Elizabeth J. Boddy
Shefsky & Froelich, Ltd.
111 E. Wacker
Chicago, Il 60601

Thy Ssenkrupp Elevator Corporation
c/o Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, Il 62703




Karen J. Porter
Attorney No 6188626
**PORTER LAW NETWORK**
230 West Monroe
Suite 240
Chicago, Illinois 60606
312-372-4400
312-372-4160